1

2

3

4

5

6

7

8

JS-6

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

MARYJANE ALLISON; J.G., a minor
by and through her Guardian Ad Litem;
R.G., a minor by and through her
Guardian Ad Litem; A.G., a minor by
and through her Guardian Ad Litem; and
E.G., a minor by and through her
guardian ad litem,

          Plaintiffs,

      vs.

GRAMERCY YZE, LLC; RPM
MANAGEMENT INC.; ART KELLY;
DOE 1; AND DOES 2 through 10,

          Defendants.

CASE NO. CV 14-00862-MWF (RZx)

**ORDER AND JUDGMENT
GRANTING APPROVAL OF THE
MINORS' COMPROMISE AND
AWARD OF ATTORNEY'S FEES**

23

24

25

26

27

28

      This Court, having considered the Motion of Guardian Ad Litem to Approve

Minors' Compromise (the "Motion"), filed by Plaintiff Maryjane Allison, guardian

ad litem for minor Plaintiffs J.G., R.G., A.G., and E.G. on November 7, 2014

(Docket No. 29), and finding **GOOD CAUSE** as set forth in the concurrent Order

Granting Motion of Guardian Ad Litem to Approve Minors' Compromise,

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.      The Motion is **GRANTED**.

2.      The settlement of minor Plaintiff J.G. in the total amount of $1,000.00, is **APPROVED**.

3.      The settlement of minor Plaintiff R.G. in the total amount of $1,000,00, is **APPROVED**.

4.      The settlement of minor Plaintiff A.G. in the total amount of $1,000,00, is **APPROVED**.

5.      The settlement of minor Plaintiff E.G. in the total amount of $1,000,00, is **APPROVED**.

6.      Within twenty-one (21) days of the date this Order and Judgment is entered on the docket, Defendants, through counsel, shall prepare and deliver separate checks for the settlements to settle the claims of minor Plaintiffs J.G., R.G., A.G., and E.G., payable as set forth herein.

7.      The $1,000.00 total settlement for each minor Plaintiff listed above shall be deposited into a separate interest-bearing, federally insured, blocked account at Wells Fargo Bank, from which no withdrawals shall be made without a court order until each minor reaches the age of majority; or in the alternative, the $1,000.00 total settlement for each minor Plaintiff listed above shall be deposited separately into the client trust account of Castelblanco Law Group APLC, counsel for Plaintiff Maryjane Allison and minor Plaintiffs, with instructions to be transferred into a blocked account of like kind.

8.      Within 72 hours of receipt of a check payable to the order of Plaintiff Maryjane Allison as trustee for the minor Plaintiffs, Plaintiff Maryjane Allison must deposit the check in the blocked account at Wells Fargo Bank.

9.      Plaintiff Maryjane Allison must deliver to the depository at the time of deposit of each check a copy of this Order and Judgment.

2

10. The blocked accounts belong separately to minors J.G., R.G., A.G., and E.G.

11. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number signed by a judge, and bearing the seal of this Court, until the minors attain the age of 18 years. When the minors attain the age of 18 years, the depository, without further order of the Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this Order;

12. Plaintiff Maryjane Allison is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

13. Bond is waived.

14. As to the settlement of the claims of the minor Plaintiffs J.G., R.G., A.G., and E.G., all parties bear their own attorney's fees and costs.

DATED:  December 9, 2014.

MICHAEL W. FITZGERALD
United States District Judge

3